IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GALIN R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV451 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEAN J. JUNGERS, | ) | |
| UNIFUND CCR PARTNERS, | ) | |
| CREDIT CARD RECEIVABLES FUND, | ) | |
| INC. and ZB LIMITED PARTNERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation for Costs and Fees (Filing No. 58). On March 24, 2009, the court awarded sanctions to the plaintiff and against the defendant Dean J. Jungers for failure to timely provide discovery as required under the federal rules.  See Filing No. 48.  The court allowed the parties time to reach an accord about the amount of sanctions.  *Id.*  The parties have reached an agreement that $200.00 is a reasonable amount to compensate the plaintiffs for having to file their Motion to Compel Defendant Dean Jungers' Rule 26(a) Disclosures, or in the Alternative, Motion *in Limine* to Exclude (Filing No. 39).  The court finds the stipulation is reasonable in this instance.  Accordingly, the court will award the plaintiffs sanctions in the amount of $200.00.  Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulation for Costs and Fees (Filing No. 58) is adopted.

2. The plaintiff is awarded reasonable costs and attorney's fees in the **amount of $200.00** for bringing the February 27, 2009 motion to compel (Filing No. 39).

3. The Clerk of Court shall, at the time of entry of judgment in this case, make this award a part of the judgment entered, unless before that time the parties certify that the award has been satisfied.

DATED this 15th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge