IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GALIN R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV451 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEAN J. JUNGERS, | ) | |
| UNIFUND CCR PARTNERS, | ) | |
| CREDIT CARD RECEIVABLES FUND, | ) | |
| INC. and ZB LIMITED PARTNERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court after a telephone conference held on May 18, 2009. The telephone planning conference is continued until **June 26, 2009, at 11:00 a.m.** Counsel for the plaintiff shall initiate the conference.

**IT IS SO ORDERED.**

DATED this 19th day of May, 2009.

                                                   BY THE COURT:

                                                   s/ Thomas D. Thalken
                                                   United States Magistrate Judge