# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GALEN R. BROWN, | ) |
| | )     **8:08CV451** |
|       **Plaintiff,** | ) |
| vs. | )     **ORDER** |
| DEAN J. JUNGERS, et al., | ) |
|       **Defendant.** | ) |

This matter is before the court following a telephone conference with counsel for the parties on June 26, 2009. During that conference, the parties indicated they have reached a tentative class settlement. Accordingly, the parties have until **July 27, 2009**, to file the appropriate motions for the court to approve their class-wide settlement proposal.

**IT IS SO ORDERED.**

DATED this 26th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge