IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GALIN R. BROWN, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV451 |
| v. | ) ) | |
| DEAN J. JUNGERS, UNIFUND CCR PARTNERS, CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERS, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

    This matter is before the court on the parties' Stipulation for Order Setting Post-Class Proposed Settlement Scheduling Deadlines (Filing No. 64). The parties stated they have entered into a tentative class wide settlement. The parties propose a schedule for compliance with the requirements contained in Fed. R. Civ. P. 23. The court notes this case has not yet been certified as a class. Upon consideration,

    IT IS ORDERED that the parties' Stipulation for Order Setting Post-Class Proposed Settlement Scheduling Deadlines (Filing No. 64) is adopted as outlined in the Stipulation. The parties shall have until **July 17, 2009**, to finalize a fully executed settlement agreement. The parties shall have until **July 27, 2009**, to file a motion for preliminary approval of the settlement agreement. A preliminary hearing will be held on the parties' motion on **August 14, 2009, at 3:00 p.m.,** before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. A final approval hearing is tentatively scheduled for **December 10, 2009, at 1:00 p.m.**, before the undersigned.

    If counsel cannot be present in person for the above hearings, then he/she must contact chambers at least 24 hours prior to hearing for permission to participate telephonically.

    DATED this 7th day of July, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge